IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-939-JJF |
| TEVA PHARMACEUTICALS U.S.A., INC., | : |
| Defendant. | : |

| | |
|---|---|
| THE PROCTOR & GAMBLE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-940-JJF |
| TEVA PHARMACEUTICALS U.S.A., INC., | : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant, Teva Pharmaceuticals U.S.A., Inc. seeks to consolidate Civil Action 04-939 and 04-940;

IT IS HEREBY ORDERED that:

1) Teva shall submit a memo setting forth the advantages and disadvantages of consolidation by **March 8, 2005**;

2) Plaintiff shall submit their separate memoranda by **March 15, 2005**.

March 3, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE