IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v<br><br>TEVA PHARMACEUTICALS USA, INC ,<br><br>Defendant | Civil Action No 04-940 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two true and correct copies of The Proctor & Gamble Company's Initial Disclosures were caused to be served on March 7, 2005, on counsel of record in the manner indicated:

**BY HAND DELIVERY:**

Josy W Ingersoll, Esq
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O Box 391
Wilmington, Delaware 19899-0391

**BY FEDERAL EXPRESS:**

James Galbraith
Maria Luisa Palmese
Anthony Pfeffer
Kenyon & Kenyon
One Broadway
New York, New York 10004

_____
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P A
One Rodney Square
P O Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Plaintiff

Dated: March 7, 2005

RLF1-2848917-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2005, true and correct copies of the foregoing were caused to be served on counsel of record at the following addresses as indicated:

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

**VIA FEDERAL EXPRESS**
James Galbraith
Maria Luisa Palmese
Anthony Pfeffer
Kenyon & Kenyon
One Broadway
New York, NY  10004

Steven J. Fineman (#4025)