IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, )<br>)<br>Plaintifff, )<br>)<br>)<br>v. )<br>)<br>)<br>TEVA PHARMACEUTICALS U.S.A, INC., )<br>)<br>Defendant. ) | Civil Action No. 04-940 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A, Inc., hereby certifies that on April 1, 2005 copies of Teva Pharmaceuticals U.S.A., Inc.'s (1) First Set of Interrogatories (1-16) to Plaintiff The Procter & Gamble Company, (2) First Set of Requests for the Production of Documents and Things, and (3) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

> Frederick L. Cottrell, III, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

**BY FEDERAL EXPRESS**

> Nicholas G. Barzoukas, Esquire
> Howrey, Simon, Arnold & White
> 750 Bering Drive
> Houston, TX 77057

Additionally, the undersigned certifies that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
jingersoll@ycst.com
Attorneys for defendant Teva Pharmaceuticals
    U.S.A, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: April 1, 2005