IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Plaintifff, ) | |
| ) | |
| v. ) | Civil Action No. 04-940 (JJF) |
| ) | |
| TEVA PHARMACEUTICALS U.S.A, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A, Inc., hereby certifies that on April 6, 2005 copies of Teva Pharmaceuticals U.S.A., Inc.'s (1) Response and Objections to Plaintiff's First Set of Requests for the Production of Documents and Things, and (2) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

**BY FEDERAL EXPRESS**

>William F. Lee, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

Additionally, the undersigned certifies that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of record:

       BY ELECTRONIC FILING

            Frederick L. Cottrell, III, Esquire
            Richards, Layton & Finger
            One Rodney Square
            Wilmington, DE 19801

                                        /s/ Josy W. Ingersoll
                        Josy W. Ingersoll (#1088)
                        Adam W. Poff (#3990)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        P.O. Box 391
                        Wilmington, DE 19899-0391
                        (302) 571-6672
                        jingersoll@ycst.com
                        Attorneys for defendant Teva Pharmaceuticals
                           U.S.A, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: April 6, 2005

WP3:1099523.1                                                                    58956.1014