IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC., ) <br> ) <br> Defendant ) | C.A. No.: 04-940-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two true and correct copies of Plaintiff The Procter & Gamble Company's Response to Teva Pharmaceuticals U.S.A. Inc.'s First Set of Interrogatories (1-16) were caused to be served on May 20, 2005, on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**
James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Anthony Pfeffer, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

_/s/ [signature]_
Frederick L. Cottrell, III (#2555)

OF COUNSEL:
William F. Lee
David B. Bassett
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
617-526-6000

Dated: May 20, 2005

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Cottrell@rlf.com
Fineman@rlf.com
Attorneys for The Procter & Gamble Company

RLF1-2870804-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Josy W. Ingersoll, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P O Box 391
> Wilmington, DE 19899-0391

I hereby certify that on May 20, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participants:

**BY FEDERAL EXPRESS**
James Galbraith
Maria Luisa Palmese
Anthony Pfeffer
Kenyon & Kenyon
One Broadway
New York, NY  10004

                                                              /s/ Steven J. Fineman
                                                              Steven J. Fineman (#4025)
                                                              Richards, Layton & Finger, P.A.
                                                              One Rodney Square
                                                              P.O. Box 551
                                                              Wilmington, Delaware 19899
                                                              (302) 651-7700
                                                              Fineman@rlf.com

RLF1-2870804-1