# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

May 23, 2005

**BY CM/ECF FILING AND**
**BY HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for
 the District of Delaware
Federal Building
844 King Street
Wilmington, Delaware 19801

> RE: **The Procter & Gamble Company v. Teva Pharmaceuticals USA, Inc.,**
>     C.A. No.: 04-940-JJF

Dear Judge Farnan:

I write on behalf of both parties with respect to scheduling for the above-referenced action. The parties agree that the proposed scheduling order submitted on February 8, 2005 (D.I. 10) is acceptable to both parties.

If Your Honor should have any questions or concerns, undersigned counsel remains available at the Court's convenience.

Respectfully,

Steven J. Fineman
Fineman@rlf.com
(#4025)

SJF/lll

cc: Josy W. Ingersoll, Esquire (By CM/ECF) (By Hand Delivery)
    Vinita Ferrera, Esquire (By Telecopy)
    Frederick L. Cottrell, III, Esquire

RLF1-2879356-1