IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) | |
| | ) | |
| Plaintifff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-940 (JJF) |
| | ) | |
| | ) | |
| TEVA PHARMACEUTICALS U.S.A, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A, Inc., hereby certifies

that on June 9, 2005 copies of Teva Pharmaceuticals U.S.A., Inc.'s (1) Second Set of

Interrogatories (17-18) to Plaintiff The Procter & Gamble Company, and (2) this Notice of

Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Additionally, the undersigned certifies that a true and correct copy of this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of

record:

**BY ELECTRONIC FILING**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801


_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
jingersoll@ycst.com
Attorneys for defendant Teva Pharmaceuticals
    U.S.A, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated:  June 9, 2005

58956.1014