IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE PROCTER & GAMBLE CO..,     )
                                     )
        Plaintifff,        )
                                     )
                                   )
        v.                 )      Civil Action No. 04-940 (JJF)
                                   )
                                   )
TEVA PHARMACEUTICALS USA, INC., )
                                   )
        Defendant.       )

## NOTICE OF SERVICE

The undersigned, counsel Teva Pharmaceuticals USA, Inc., hereby certify that

copies of Teva Pharmaceuticals U.S.A., Inc.'s Third Set of Interrogatories (19-20) to Plaintiff

The Procter & Gamble Company were caused to be served on June 22, 2005 in the manner

indicated below:

        **BY HAND DELIVERY**
                    Frederick L. Cottrell, III, Esquire
                    Richards, Layton & Finger
                    One Rodney Square
                    Wilmington, DE  19801

        **BY FEDERAL EXPRESS**
                    William F. Lee, Esquire
                    Wilmer Cutler Pickering Hale and Dorr LLP
                    60 State Street
                    Boston, MA  02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on June 22, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

>       Frederick L. Cottrell, III, Esquire
>       Richards, Layton & Finger
>       One Rodney Square
>       Wilmington, DE  19801

**BY FEDERAL EXPRESS**

>       William F. Lee, Esquire
>       Wilmer Cutler Pickering Hale and Dorr LLP
>       60 State Street
>       Boston, MA  02109


>       _____
>       Josy W. Ingersoll (#1088)
>       Adam W. Poff (#3990)
>       The Brandywine Building
>       1000 West Street, 17th Floor
>       P.O. Box 391
>       Wilmington, DE 19899-0391
>       (302) 571-6672
>
>       Attorneys for defendant Teva Pharmaceuticals
>       USA, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated:  June 22, 2005

58956.1014