IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 04-940-JJF |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that two true and correct copies of The Procter & Gamble Co.'s Response To Teva Pharmaceuticals USA, Inc.'s Second Set of Interrogatories (17-18) were caused to be served on July 8, 2005, on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**
James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Anthony Pfeffer, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)

OF COUNSEL:
William F. Lee
David B. Bassett
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
617-526-6000

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Cottrell@rlf.com
Fineman@rlf.com
Attorneys for The Procter & Gamble Company

Dated: July 8, 2005

RLF1-2870804-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

I hereby certify that on July 8, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participant:

**BY FEDERAL EXPRESS**
James Galbraith
Kenyon & Kenyon
One Broadway
New York, NY 10004

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com