IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Plaintifff, ) | |
| ) | |
| v. ) | Civil Action No. 04-940 (JJF) |
| ) | |
| TEVA PHARMACEUTICALS U.S.A, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Teva Pharmaceuticals U.S.A, Inc., hereby certifies that on August 29, 2005 copies of Defendant's Responses To Plaintiff Procter & Gamble's First Set of Interrogatories (1-11), and (2) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

> Frederick L. Cottrell, III, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

**BY FEDERAL EXPRESS**

> William F. Lee, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

Additionally, the undersigned certifies that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

DB01:1599523.1

BY ELECTRONIC FILING

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

>/s/ Josy W. Ingersoll
>Josy W. Ingersoll (#1088)
>Adam W. Poff (#3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6672
>jingersoll@ycst.com
>Attorneys for defendant Teva Pharmaceuticals
>  U.S.A, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: August 29, 2005

DB01:1599523.1