IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| THE PROCTER & GAMBLE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS U.S.A., INC., <br><br> Defendant. | Civil Action No. 04-940 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A, Inc., hereby certifies that on September 6, 2005 copies of (1) Notice of Deposition of Benjamin, (2) Notice of Deposition of Lawrence Flora, (3) Notice of Deposition of Christopher M. Perkins, (4) Notice of Deposition of James J. Benedict and, (5) This Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Additionally, the undersigned certifies that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of

record:

**BY ELECTRONIC FILING**

> Frederick L. Cottrell, III, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE  19801


> YOUNG CONAWAY STARGATT& TAYLOR, LLP


> Josy W. Ingersoll (#1088)
> John W. Shaw (#3362)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6672


> Attorneys for Defendant Teva
> Pharmaceuticals USA, Inc.

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200


Dated: September 6, 2005