IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC.,<br><br>                Defendant. | Civil Action No. 04-940 (JJF) |

**NOTICE OF DEPOSITION**

TO:    Frederick L. Cottrell, III Esq.
         RICHARDS LAYTON & FINGER
         One Rodney Square
         Wilmington, DE 19801

         William F. Lee, Esq.
         WILMER CUTLER PICKERING HALE AND DORR LLP
         60 State Street
         Boston, MA 02109

        PLEASE TAKE NOTICE that on September 28, 2005, at 9:00 am at the offices of Kenyon & Kenyon, One Broadway, New York, New York 10004, or at such other time and place as counsel may agree, defendant Teva Pharmaceuticals USA, Inc. will take the deposition upon oral examination of David L. Suter. The deposition may be videotaped, and will continue from day to day until completed. You are invited to attend and cross-examine.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Josy W. Ingersoll
_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
jingersoll@ycst.com

Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

DATED: September 14, 2005

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, hereby certify that on September 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

I further certify that on September 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY E-MAIL**
>
>William F. Lee, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>_/s/ Josy W. Ingersoll_
>Josy W. Ingersoll (#1088)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>Telephone: (302) 571-6600
>jingersoll@ycst.com
>Attorneys for Teva Pharmaceuticals USA, Inc.

DB01:1851091.1                                                                      058956.1014