IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 04-940-JJF |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF PROCTOR & GAMBLE COMPANY'S**
**NOTICE OF DEPOSITION TO DEBORAH JASKOT**

TO:  James Galbraith, Esquire           Josy Ingersoll, Esquire
     Maria Luisa Palmese, Esquire       Young Conaway Stargatt & Taylor, LLP
     Kenyon & Kenyon                    The Brandywine Building
     One Broadway                       1000 West Street, 17th Floor
     New York, NY 10004                 P.O. Box 391
                                        Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(a), the plaintiff, The Procter & Gamble Company ("P&G"), will take the deposition upon oral examination of Deborah Jaskot. The deposition will take place on October 7, 2005 beginning at 9 a.m. at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, or at such other location and time mutually agreeable to counsel, and will continue from day-to-day until completed.

The deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording.

You are invited to attend and cross-examine.

RLF1-2925717-1

- 2 -

OF COUNSEL:
William F. Lee
David B. Bassett
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
617-526-6000

Dated: September 23, 2005

*/s/*
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Cottrell@rlf.com
Fineman@rlf.com
Attorneys for The Procter & Gamble Company

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

I hereby certify that on September 23, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participants:

**BY FEDERAL EXPRESS**
James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-2925717-1