IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 04-940-JJF |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF PROCTOR & GAMBLE COMPANY'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO DEFENDANT TEVA PHARMACEUTICALS USA, INC.**

TO:  James Galbraith, Esquire          Josy Ingersoll, Esquire
     Maria Luisa Palmese, Esquire      Young Conaway Stargatt & Taylor, LLP
     Kenyon & Kenyon                   The Brandywine Building
     One Broadway                      1000 West Street, 17th Floor
     New York, NY  10004               P.O. Box 391
                                       Wilmington, DE  19899-0391

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), the plaintiff, The Procter & Gamble Company ("P&G"), will take the deposition upon oral examination of the defendant, Teva Pharmaceuticals USA, Inc. ("Teva"), through one or more officers, directors, managing agents, or persons who consent to testify on its behalf with respect to the matters listed on Schedule A attached hereto. The deposition will take place on October 6, 2005 beginning at 9 a.m. at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, or at such other location and time mutually agreeable to counsel, and will continue from day-to-day until completed.

Teva is requested to identify in writing at least one week in advance of the deposition the name(s) of the person(s) who will testify on its behalf and the subject matters on which each person will testify.

RLF1-2925726-1

The deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording.

You are invited to attend and cross-examine.

OF COUNSEL:
William F. Lee
David B. Bassett
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
617-526-6000

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Cottrell@rlf.com
Fineman@rlf.com
Attorneys for The Procter & Gamble Company

Dated: September 23, 2005

- 2 -

RLF1-2925726-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Josy W. Ingersoll, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899-0391

I hereby certify that on September 23, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participants:

**BY FEDERAL EXPRESS**
James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

                                             /s/ Steven J. Fineman
                                             Steven J. Fineman (#4025)
                                             Richards, Layton & Finger, P.A.
                                             One Rodney Square
                                             P.O. Box 551
                                             Wilmington, Delaware 19899
                                             (302) 651-7700
                                             Fineman@rlf.com

RLF1-2925726-1