IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-940-JJF |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that two true and correct copies of The Procter & Gamble

Co.'s Supplemental Response to Teva Pharmaceuticals USA, Inc.'s Third Set of Interrogatories

(19-20) were caused to be served on October 5, 2005, on counsel of record in the manner

indicated:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**
James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Anthony Pfeffer, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004



Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Cottrell@rlf.com
Fineman@rlf.com
Attorneys for The Procter & Gamble Company

OF COUNSEL:
William F. Lee
David B. Bassett
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
617-526-6000

Dated: October 5, 2005

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

> Josy W. Ingersoll, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899-0391

I hereby certify that on October 5, 2005, I have sent by Federal Express, the foregoing

document to the following non-registered participant:

**BY FEDERAL EXPRESS**
James Galbraith
Kenyon & Kenyon
One Broadway
New York, NY 10004

> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> Fineman@rlf.com