IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC.,<br><br>    Defendant. | Civil Action No. 04-940 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A, Inc., hereby certifies that on October 6, 2005 copies of (1) Defendant's Supplemental Responses to Plaintiff Procter & Gamble's First Set of Interrogatories (Nos. 1 – 11) and, (2) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

    Frederick L. Cottrell, III, Esquire
    Richards, Layton & Finger
    One Rodney Square
    Wilmington, DE 19801

**BY E-MAIL**

    William F. Lee, Esquire
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109

Additionally, the undersigned certifies that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of record:

    **BY CM/ECF**

        Frederick L. Cottrell, III, Esquire
        Richards, Layton & Finger
        One Rodney Square
        Wilmington, DE 19801

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Adam W. Poff (No. 3990)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        (302) 571-6672
        apoff@ycst.com

        Attorneys for Defendant Teva Pharmaceuticals USA, Inc.

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200


Dated: October 6, 2005