- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant | Civil Action No. 04-940-JJF |

**STIPULATION AMENDING SCHEDULING ORDER**

The parties to the above-captioned action, through their respective undersigned counsel, subject to the approval of the Court, hereby stipulate to the following amendments to the Stipulated Scheduling Order dated June 10, 2005 with all other provisions of the Order remaining unchanged:

**PROPOSED SCHEDULE FOR PRETRIAL AND TRIAL IN CIVIL ACTION NO. 04-940-JJF**

| PROPOSED SCHEDULE FOR PRETRIAL AND TRIAL ||
|---|---|
| **ACTIVITY** | **DATE** |
| Close of Fact Discovery | November 7, 2005 |
| Expert Reports on Issues on which Party Bears Burden of Proof | December 7, 2005 |
| Rebuttal Expert Reports | January 20, 2006 |
| Close of Expert Discovery | February 17, 2006 |
| Dispositive Motion Cut-off Date/Opening Markman Briefs | February 24, 2006 |

DB01:1881434.1                                                                                                  058956.1014

| PROPOSED SCHEDULE FOR PRETRIAL AND TRIAL | |
|---|---|
| **ACTIVITY** | **DATE** |
| Oppositions to Dispositive Motions/Responsive Markman Briefs | March 24, 2006 |
| Replies to Dispositive Motions | April 7, 2006 |
| Markman Hearing | Remains as April 13, 2006 |
| Pretrial Conference | June 8, 2006, 11:00 a.m. |

/s/ Frederick L. Cottrell

_____
RICHARDS, LAYTON & FINGER, P.A.
Frederick L. Cottrell (#2555)
Steven J. Fineman (#4025)
P.O. Box 551
One Rodney Square
Wilmington, Delaware  19899-0551
(302) 651-7700

OF COUNSEL:
William F. Lee
David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Attorneys for Plaintiff
The Procter & Gamble Company

/s/ Josy W. Ingersoll

_____
YOUNG CONAWAY
  STARGATT & TAYLOR LLP
Josy W. Ingersoll (#1088)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899-0391
(302) 571-6600

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Attorneys for Defendant
Teva Pharmaceuticals U.S.A., Inc.


SO  ORDERED this _____ day of _____, 2005.

_____
United States District Judge