IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE PROCTER & GAMBLE COMPANY,

Plaintiff,

v.

TEVA PHARMACEUTICALS U.S.A., INC.,

Defendant.

Civil Action No. 04-940 (JJF)

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A, Inc., hereby certifies that on

October 25, 2005 copies of (1) Defendant's Responses to Plaintiff The Procter & Gamble

Company's First Requests for Admissions (1-28), and (2) this Notice of Service were caused to

be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY E-MAIL**

William F. Lee, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Additionally, the undersigned certifies that a true and correct copy of this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF, which will send

058956.1014

notification that such filing is available for viewing and downloading to the following counsel of

record:

    **BY CM/ECF**

        Frederick L. Cottrell, III, Esquire
        Richards, Layton & Finger
        One Rodney Square
        Wilmington, DE  19801


        YOUNG CONAWAY STARGATT& TAYLOR, LLP


        _Karen E. Keller_

        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        (302) 571-6672
        kkeller@ycst.com

        Attorneys for Defendant Teva Pharmaceuticals USA, Inc.

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200


Dated: October 6, 2005