IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC.,<br><br>Defendant. | Civil Action No. 04-940 (JJF) |

**NOTICE OF DEPOSITION**

TO:   Frederick L. Cottrell, III Esq.
RICHARDS LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

William F. Lee, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

PLEASE TAKE NOTICE that on November 7, 2005, at 9:30 a.m. at the offices of Cin-Tel Court Reporters, 813 Broadway, Suite 2, Cincinatti, OH 45202, or at such other time and place as counsel may agree, defendant Teva Pharmaceuticals USA, Inc. will take the deposition upon oral examination of Ray D'Alonzo. The deposition may be videotaped, and will continue from day to day until completed. You are invited to attend and cross-examine.

                                                YOUNG CONAWAY STARGATT
                                                                  &amp; TAYLOR, LLP

                                                    */s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
kkeller@ycst.com

Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

DATED: November 3, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on November 3, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

I further certify that on November 3, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY ELECTRONIC MAIL

> William F. Lee, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

_/s/ Karen E. Keller_
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
kkeller@ycst.com
Attorneys for Teva Pharmaceuticals USA, Inc.

DB01:1545272.1