IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-940 (JJF) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER**

Plaintiff, Procter & Gamble Company. ("P&G") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") agree as follows:

Teva hereby stipulates that the commercial marketing of Teva's proposed 5 mg, 30 mg, and 35 mg risedronate sodium tablets, in accordance with ANDA No. 77-132, would infringe claims 4, 11, 12, 14, 16 and 23 of U.S. Patent No. 5,583,122 if those claims are valid.

This stipulation is in regard to the above-listed claims only, and for purposes of the above captioned litigation only, and has no bearing on the patent claims of any other patent belonging to P&G or any future claims that may arise from any amendment to ANDA No. 77-132. This stipulation is not evidence of the infringement of any claim of any existing or future patent belonging to P&G, except for the claims specifically listed herein.

| | |
|---|---|
| RICHARDS LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ | /s/ |
| Frederick L. Cottrell (No. 2555) | Josy W. Ingersoll (No. 1088) |
| Steven J. Fineman (No. 4025) | Karen E. Keller (No. 4489) |
| One Rodney Square | The Brandywine Building |
| P.O. Box 551 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899-0551 |
| Telephone: (302) 651-7700 | Telephone: (302) 571-6600 |
| Cottrell@rlf.com | kkeller@ycst.com |

*Of Counsel:*

William F. Lee
David B. Bassett
Cynthia D. Vreeland
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Attorneys for The Procter & Gamble Company

Dated: January 27, 2006

*Of Counsel:*

James Galbraith
Maria Luisa Palmese
Antony Pfeffer
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200

Attorneys for Teva Pharmaceutical USA, Inc.

Dated: January 27, 2006


SO ORDERED this ___ day of January, 2006.

_____
United States District Judge