IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 04-940-JJF |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the Court's June 10, 2005 Order (D.I. 33) is amended as follows:

1) A Pretrial Conference will be held on **Thursday, July 13, 2006 at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

-2-

| | |
|---|---|
| /s/ Steven J. Fineman | /s/ Josy W. Ingersoll |
| Frederick L. Cottrell, III (#2555) | Josy W. Ingersoll (#1088) |
| Steven J. Fineman (#4025) | Karen L. Pascale (#2903) |
| Richards, Layton & Finger, P.A. | Karen Keller (#4489) |
| One Rodney Square | Young Conaway Stargatt & Taylor, LLP |
| P.O. Box 551 | The Brandywine Building |
| Wilmington, DE 19899-0551 | 1000 West Street, 17th Floor |
| 302-651-7700 | P. O. Box 391 |
| Cottrell@rlf.com | Wilmington, DE 19899-0391 |
| Fineman@rlf.com | 302-571-6600 |
| Attorneys for Plaintiff The Procter & Gamble Company | jingersoll@ycst.com |
| | kpascale@ycst.com |
| | kkeller@ycst.com |
| | Attorneys for Defendant Teva Pharmaceuticals USA, Inc. |
| OF COUNSEL: | |
| William F. Lee | |
| David B. Bassett | |
| Wilmer Cutler Pickering Hale and Dorr | OF COUNSEL: |
| 60 State Street | James Galbraith, Esquire |
| Boston, MA 02109 | Maria Luisa Palmese, Esquire |
| 617-526-6000 | Anthony Pfeffer, Esquire |
| | Kenyon & Kenyon |
| | One Broadway |
| | New York, NY 10004 |
| Dated: May 31, 2006 | |
| | Dated: May 31, 2006 |

**SO ORDERED** this _____ day of _____, 2006.

_____
United States District Judge