# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

May 31, 2006

**BY ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court for
the District of Delaware
Federal Building
844 King Street
Wilmington, Delaware 19801

> RE:  **The Procter & Gamble Company v. Teva Pharmaceuticals USA, Inc.,**
>      C.A. No.: 04-940-JJF

Dear Judge Farnan:

      The parties have agreed, subject to the approval of the Court, to re-schedule the pretrial conference in the above-referenced matter to accommodate Plaintiff's scheduling conflict. Enclosed please find a stipulation and order changing the date for the pretrial conference from June 8, 2006 to July 13, 2006 at 11:30 a.m. This date was provided to the parties by Deborah Krett. The parties respectfully request that the Court enter the stipulation and order.

      If Your Honor should have any questions or concerns, undersigned counsel remains available at the Court's convenience.

Respectfully,

Steven J. Fineman (#4025)

SJF/lll
Enclosure

cc: Josy W. Ingersoll, Esquire (w/e) (By Electronic Filing) (By Hand Delivery)
    Vinita Ferrera, Esquire (w/e) (By Telecopy)
    Frederick L. Cottrell, III, Esquire

RLF1-3020105-1