IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC. ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 04-940 (JJF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to Court approval, that defendant Teva Pharmaceuticals USA, Inc. shall file and serve its response to plaintiff The Procter and Gamble Company's Motion to Strike the Expert Report of Jesse David, PH.D. (D.I. 66) on or before July 6, 2006.

RICHARDS LAYTON & FINGER, P.A.

/s/ 
Frederick L. Cottrell (No. 2555)
Steven J. Fineman (No. 4025)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0391
Telephone: (302) 651-7700
fineman@rlf.com
*Attorneys for The Procter & Gamble Company*

Dated: June 29, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0551
Telephone: (302) 571-6600
jingersoll@ycst.com
*Attorneys for Teva Pharmaceutical USA, Inc.*

Dated: June 30, 2006

SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge