IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 04-940 (JJF) |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO PRECLUDE
THE TESTIMONY OF PLAINTIFF'S PATENT LAW EXPERT**

Teva Pharmaceuticals USA, Inc. hereby moves to strike the "Rebuttal Expert Report of Jerry D. Voight" and to preclude The Procter & Gamble Company from proferring testimony from Jerry D. Voight related to any of the opinions set forth in his expert report.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

July 6, 2006

/s/ 
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
apoff@ycst.com

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
(212) 425-7200

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

## RULE 7.1.1 CERTIFICATION

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I hereby certify that counsel for Defendant has made reasonable efforts to reach agreement with opposing counsel on the matters set forth in the motion, and that the parties were unable to reach any such agreement.

_____
Adam W. Poff (No. 3990)

DB01:1341858.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on July 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Richards Layton & Finger
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on July 6, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

> William F. Lee, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.