## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 04-940 (JJF) |

### ORDER PRECLUDING THE TESTIMONY OF PLAINTIFF'S PATENT LAW EXPERT

WHEREAS , Defendant Teva Pharmaceuticals USA, Inc. have moved to strike the Rebuttal Expert Report of Jerry D. Voight and preclude his testimony;

WHEREAS, the Court having considered the arguments in support of and in opposition to the Motion, and good cause having been shown;

IT IS HEREBY ORDERED THIS ___ day of _____, 2006 that Defendant's motion is GRANTED and the Rebuttal Expert Report of Jerry D. Voight is stricken and Mr. Voight is precluded from providing testimony related to the topics addressed in his expert report.

_____
United States District Judge