IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-940-JJF |
| TEVA PHARMACEUTICALS USA, INC., | : |
| Defendant. | : |

### ORDER

WHEREAS, the Court conducted a pretrial conference on July 13, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that the bench trial shall commence on **November 6, 2006** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 13, 2006

_____
UNITED STATES DISTRICT COURT