IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE CO.., | ) | |
| | ) | |
| Plaintifff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-940 (JJF) |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals USA, Inc., hereby certify that copies of Defendant's Notice Pursuant to 35 U.S.C. § 282 were caused to be served on October 6, 2006 in the manner indicated below:

**BY HAND DELIVERY**

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE  19801

**BY E-MAIL AND FEDERAL EXPRESS**

>William F. Lee, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA  02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on October 6, 2006 upon the following counsel of record in the manner indicated:

DB01:1624235.1

**BY ELECTRONIC FILING & HAND DELIVERY**

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

>William F. Lee, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT
>& TAYLOR, LLP
>
>*/s/ Karen E. Keller*
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6672
>
>Attorneys for defendant Teva Pharmaceuticals USA, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: October 6, 2006