## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

November 1, 2006

**BY E-FILE AND HAND DELIVERY**

Deborah Krett
Case Manager
U.S. District Court
  for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

RE: **The Procter & Gamble Co. v. Teva Pharmaceuticals USA, Inc.,**
C.A. No.: 04-940-JJF

Dear Ms. Krett:

Trial is scheduled to commence in Courtroom 4B on November 6, 2006 at 9:00 a.m. in the above-referenced action. I write on behalf of plaintiff The Procter & Gamble Co. ("P&G") to request permission to bring seven (7) laptop computers, four (4) hard drives and one (1) laser pointer to the trial to assist in the preparation and/or presentation during the trial. Counsel for P&G is aware of the Court's October 20, 2004 Order and agrees to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Enclosed please find a proposed form of order allowing certain identified counsel representing P&G to bring seven (7) laptop computers, four (4) hard drives and one (1) laser pointer to trial in Courtroom 4B.

Respectfully,

Steven J. Fineman (#4025)
Fineman@rlf.com

SJF:cml
Enclosure

cc: David Thomas, U.S. Marshal (w/o enclosure)
Keith Ash, Chief Court Security Officer (w/o enclosure)
Josy W. Ingersoll, Esquire (By CM/ECF) (By Hand Delivery)
Vinita Ferrera, Esquire (By Telecopy)
Frederick L. Cottrell, III, Esquire

RLF1-3076911-1
RLF1-3077039-1