# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: 302-571-5001
DIRECT FAX: 302-576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 2, 2006

**BY E-FILE AND HAND DELIVERY**

Ms. Deborah Krett, Case Manager
U.S. District Court
 for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

      Re:   *The Procter & Gamble Co. v. Teva Pharmaceuticals USA, Inc.*,
              C.A. No. 04-940-JJF

Dear Ms. Krett:

      Trial is scheduled to commence in Courtroom 4B on November 6, 2006 at 9:00 a.m. in the above-referenced action. I write on behalf of defendant Teva Pharmaceuticals USA, Inc. ("Teva") to request permission to bring four (4) laptop computers and three (3) laser pointers to the trial to assist in the preparation and/or presentation during the trial. Counsel for Teva is aware of the Court's October 20, 2004 Order and agrees to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Enclosed please find a proposed form of order allowing certain identified counsel representing Teva to bring four (4) laptop computers and three (3) laser pointers to trial in Courtroom 4B.

                                   Respectfully submitted,

                                   Karen L. Pascale (No. 2903)

KLP:cg
Enclosure

cc:    David Thomas, U.S. Marshal (w/o enclosure)
        Keith Ash, Chief Court Security Officer (w/o enclosure)
        Steven J. Fineman, Esquire (by CM/ECF and hand delivery)
        James Galbraith, Esquire (by e-mail)
        A. Antony Pfeffer, Esquire (by e-mail)
        Peter L. Giunta, Esquire (by e-mail)
        Josy W. Ingersoll, Esquire (by e-mail)