IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC., ) <br> ) <br> Defendant. ) | C. A. No. 04-940-JJF |

## ORDER

The attorneys listed below representing The Procter & Gamble Co. are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B seven (7) laptop computers, four (4) hard drives and one (1) laser pointer for a trial commencing on November 6, 2006 at 9:00 a.m and ending on November 9, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

William F. Lee
David B. Bassett
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

Dated: November 2, 2006

Joseph J. Farnan, Jr.
United States District Court Judge

RLF1-3076919-1