IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-940-JJF |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| Defendant. | ) |

### ORDER

The attorneys and staff listed below representing Teva Pharmaceuticals USA, Inc. are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B four (4) laptop computers and 3 (three) laser pointers for a trial commencing on November 6, 2006 at 9:00 a.m. and ending on November 9, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

      A. Antony Pfeffer
      Peter L. Giunta
      Michelle Diaz
      Stanley Sobieski

SO ORDERED this _6_ date of November, 2006.

                _/s/ Joseph J. Farnan, Jr._
                Joseph J. Farnan, Jr.
                United States District Court Judge