IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE PROCTER & GAMBLE COMPANY, )
                                          )
           Plaintiff, )
        v. )                C.A. No. 04-940 (JJF)
                                          )
TEVA PHARMACEUTICALS USA, INC. )
                                          )
          Defendant. )
_____ )

## STIPULATION AND ORDER REGARDING POST-TRIAL SUBMISSIONS

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to Court approval, that post-trial briefing shall proceed as follows:

(1)     December 20, 2006:  Opening Post-Trial Briefs (incorporating evidentiary issues) not to exceed 60 pages and Proposed Findings of Fact; and

(2)     January 26, 2007:  Answering Post-Trial Briefs not to exceed 50 pages.

| RICHARDS, LAYTON & FINGER | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Frederick L. Cottrell* | */s/ Karen L. Pascale* |
| _____ | _____ |
| Frederick L. Cottrell (No. 2555) | Josy W. Ingersoll (No. 1088) |
| Steven J. Fineman (No. 4025) | Karen L. Pascale (No. 2903) |
| One Rodney Square | The Brandywine Building |
| P.O. Box 551 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899-0551 |
| Telephone:  (302) 651-7700 | Telephone:  (302) 571-6600 |
| cottrell@rlf.com | kpascale@ycst.com |
| *Attorneys for The Procter & Gamble Company* | *Attorneys for Teva Pharmaceuticals USA, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge