# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

November 17, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for
the District of Delaware
Federal Building
844 King Street
Wilmington, Delaware 19801

      RE: **The Procter & Gamble Company v. Teva Pharmaceuticals USA, Inc.,**
             **C.A. No.: 04-940-JJF**

Dear Judge Farnan:

      Today the parties have filed their trial exhibit lists. We have enclosed a copy of Procter & Gamble's list for the Court's convenience. Also enclosed please find one hard copy of Procter and Gamble's exhibits.

      If Your Honor should have any questions or concerns, undersigned counsel remains available at the Court's convenience.

      Respectfully,

      */s/ Frederick L. Cottrell, III*

      Frederick L. Cottrell, III (#2555)

FLC/cml
Enclosures

cc:    Karen Pascale, Esquire (w/o encs.) (By Electronic Filing) (By Hand Delivery)
       Vinita Ferrera, Esquire (w/o encs.) (By Telecopy)

RLF1-3083750-1