**1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE PROCTER & GAMBLE COMPANY,

Plaintiff,

v.

TEVA PHARMACEUTICALS U.S.A., INC.,

Defendant.

Civil Action No. 04-940 (JJF)

# DEFENDANT'S TRIAL EXHIBITS

Defendant's Trial Exhibit List – The Procter & Gamble Company, v. Teva Pharmaceuticals USA, Inc.
C.A. No. 04-940

| DTX No. | Date of Doc. | Description | Bates Range | Depo. Ex. No. | Procter & Gamble Objections | | |
|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | |
| JTX 2 | | File Wrapper for US Patent 5,583,122 | 1 - 249 | DX 16 | X | | |
| JTX 3 | 12/21/84 | Patent Application Serial No. 06/684543 | 1 - 82 | DX 11 | X | | |
| JTX 4 | | Interference Proceedings for U.S. Patent No. 5,583,122 | 1 - 507 | | | R, 106 | |
| 1 | 06/06/85 | File Wrapper for US Patent No. 4,761,406 | | DX 1 | X | | |
| 9 | | Handwritten Compound | | DX 15 | | R, 106, H | |
| 17 | 12/07/05 | Pharmaceutical Compositions Containing Geminal Diphosphonates | | Zerby 33 | | H, R, 106 | |
| 21 | 10/14/05 | Notice of Rule 30 (b)(6) Deposition of Proctor & Gamble Company | | Brown 38 | X | | |
| 22 | | Highlights of the P&G/HMR Risedronate Agreement | | Brown 40 | | R, H, 106 | |
| 23 | | Impact of Direct-to-Consumer Advertising on Prescription Drug Spending | | Brown 51 | | A, H | |
| 24 | | Financials- Sum of Expenses; Royalty Payments to Merck for OAW; US Primary and Secondary Calls per CBD database | | Brown 62 | X | | |
| 25 | | Third Preliminary Motion by Benedict et. al Under 37 C.F.R. 1.633 (c ), to designate claims as not corresponding | included in JTX 4 | DX 100 | | 106 | |
| 26 | | Fourth Preliminary Motion by Benedict et. al Under 37 C.F.R. 1.633 (c ), to designate claims as not corresponding | included in JTX 4 | DX 101 | | 106 | |

| DTX No. | Date of Doc. | Description | Bates Range | Depo. Ex. No. | No Obj | Obj Basis |
|---|---|---|---|---|---|---|
| | | | | | **Procter & Gamble Objections** | |
| 27 | | Final Hearing , May 12 1993 (Interference No. 102,399) – Benedict et al v. Bosies et al. | included in JTX 4 | DX 102 | | 106 |
| 29 | | Special Products Group Report: R&D Report | | DX 104 | X | |
| 30 | | Correspondence from K. W. Buckingham to Distribution Re Agenda and Data Summaries for New Diphosphonates Selection Meeting, 2/17/86 | PG 0069014-0069035 | DX 105 | X | |
| 32 | | Correspondence from K. W. Buckingham to Distribution Re Agenda and Data Summaries for New Diphosphonates Selection Meeting, 2/17/86 | PG 0066836-0066873 | DX 107 | X | |
| 33 | | Interim Report No. 11- Comparitive I.V. Toxicity of Bisphosphonates (NE-58018) in Rats: A Screen | PG 0057030-0057085 | DX 108 | X | |
| 34 | | Interim Report No. 2 Comparitive I.V. Toxicity of Biphosphonates (NE-58019) in Rats: A Screen | PG 0057086-0057146 | DX 109 | X | |
| 36 | | Article by E.R. Van Beek et al, titled, " Binding and Antiresorptive Properories of Heterocycle-Containing Bisphosphonate Analogs: Structure-Activity Relationships | | DX 115 | | H, A |
| 43 | | U.S. Patent No. 4,072,746 | | | X | |
| 44 | | U.S. Patent No. 4,057,636 | | | X | |
| 45 | | U.S. Patent No. 4,004,012 | | | X | |
| 46 | | U.S. Patent No. 3,928,369 | | | X | |
| 47 | | U.S. Patent No. 3,591,584 | | | X | |

| DTX No. | Date of Doc. | Description | Bates Range | Depo. Ex. No. | No Obj | Obj Basis |
|---------|--------------|-------------|-------------|---------------|--------|-----------|
| 48 | | U.S. Patent No. 3,225,054 | | | X | |
| 49 | | U.S. Patent No. 3,163,654 | | | X | |
| 52 | | Sigmar Großman, Ulrich Moser, and Ernst Mutschler, Synthese Und Pharmakologische Prüfing von Pyridin-Analoga des Fentanyls, Arch. Pharmazie 31 1: 1010; 1015 (1978) | | | | 106, H, A |
| 74 | | W.K. Sietsema et. al., Anti-resorptive dose-response relationships across three generations of bisphosphonates, Drugs under Experimental and Clinical Research 15(9):389-396 (1989) | | | | H, A |
| 76 | | UK Patent Application GB 2 118 042 A | | | | H, A |
| 84 | | Norwich Division Product Development Biweekly Report: New Bisphosphonate Toxicology Program – New Compound Screening | PG 0034091 | | X | |
| 94 | | Handwritten Doc: Adult Rat Hepatocyte –In Vitro Toxicity | PG 10753 – PG10756 | | X | |
| 109 | | Interdepartmental Correspondence from K.E. Buckingham to Distribution Re Agenda and Data Summaries for New Diphosphonate Selection Meeting, 2/17/86 | PG 66836 - PG 66874 | | X | |
| 114 | | Internal Correspondence from A.D. Geddes to Distribution Re Two issues regarding diphosphonates | PG 76986 - PG 76988 | | X | |
| 125 | | Dr. Jesse David CV | | | | R, H, A |
| 132 | | Marketing Plan Presentation | PGK00013626 - PGK00013714 | DX 137 | X | |

| DTX No. | Date of Doc. | Description | Bates Range | Depo. Ex. No. | Procter & Gamble Objections | |
|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis |
| 134 | | Dr. Lenz CV | | | | R, H |
| 144 | 12/03/85 | Sietsema et al., titled " Antiresorptive Dose –Response Relationships Across Three Generations of Bisphosphonates | PG 0067094-0067115 | DX 112 | | |
| 150 | 04/04/89 | Special Report: The Design and Synthesis of Third Generation of Bisphosphonates | PG 0045556-45570 | | | H, A |
| 207 | 12/12/00 | SDG External Review of Procter & Gamble's Pharmaeutical Business | PGK 00010644-10792 | | | |
| 301 | | Demonstrative- Chemical Structure of Geminal Bisphosphonates | | | | |
| 302 | | Demonstrative- Chemical Structure of Geminal Bisphosphonates | | | | |
| 303 | | Demonstrative- Risedronate | | | | |
| 304 | | Demonstrative- Elidronate | | | | |
| 305 | | Demonstrative- Bisphosphonates Used Clinically Before 1985 | | | | |
| 306 | | Demonstrative- Claim 15 of the '406 | | | | |
| 307 | | Demonstrative- 2-pyr-EHDP and 3-pyr-EHDP (risedronate) | | | | |
| 308 | | Demonstrative-'122 Patent Claims at Issue | | | | |
| 309 | | Demonstrative- Claim 15 of the '406 Patent and Claim 4 of the ' 122 Patent | | | | |
| 310 | | Demonstrative-Medicinal Chemists Make and Test All 3 Positional Isomers | | | | |
| 311 | | Demonstrative- Claim 15 of the '406 Patent and Claim 16 of the '122 Patent | | | | |

| DTX No. | Date of Doc. | Description | Bates Range | Depo. Ex. No. | Procter & Gamble Objections | |
|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis |
| 312 | | Demonstrative- Claim 15 of the '406 Patent and Claim 23 of the '122 Patent | | | | |
| 313 | | Demonstrative- Potency Data for 3-pyr-EHDP from P&G Screening Tests | | | | |

R = Lacks Relevance
H = Hearsay (FRE 802)
106 = Partial Document/Lacks Context or Foundation (FRE 106)
A = Lacks Authentication (FRE 901)