# 2-pyr-EHDP and 3-pyr-EHDP (risedronate)

## '406 Patent – August 2, 1988

## '122 Patent – December 10, 1996



### 2-pyr-EHDP

Empirical formula: $C_7H_{11}NO_7P_2$

Molecular weight: 283.112

P&G's Internal Compound Name: NE-58018

### 3-pyr-EHDP (risedronate)

Empirical formula: $C_7H_{11}NO_7P_2$

Molecular weight: 283.112

P&G's Internal Compound Name: NE-58019

P & G v. Teva
CA No. 04-940 (JJF)
District of Delaware
**DTX 307**