IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, )<br> )<br> Plaintiff, )<br>v. ) C.A. NO. 04-940 (JJF)<br> )<br>TEVA PHARMACEUTICALS USA, INC. )<br> )<br> Defendant. ) | |

## STIPULATION AND ORDER REGARDING TRIAL TRANSCRIPT

WHEREAS the above-captioned action was tried before the Court on November 6 through November 9, 2006;

WHEREAS on November 6, 2006, P&G offered the testimony of Dr. John Bilezikian;

WHEREAS, following Dr. Bilezikian's testimony, it was discovered that in the trial transcript, Trial Volume I at page 390, line 7, the word "not" was inadvertently omitted before the word "risedronate"; and

WHEREAS, following the completion of trial, the parties reviewed the trial transcript and identified certain additional typographical errors.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to Court approval, that:

1. The trial transcript, Trial Volume I at page 390, line 7 shall be corrected to read "not risedronate."

2. Exhibit A, attached hereto, reflects additional typographical errors in the trial transcript and the appropriate corrections thereto, as to which the parties have agreed.

3. The omission of any correction to the trial transcript from Exhibit A is not an agreement or admission that such a correction would or would not be appropriate.

| | |
|---|---|
| /s/ [signature] | /s/ Karen L. Pascale (#2903) |
| Frederick L. Cottrell, III (#2555) | Josy W. Ingersoll (#1088) |
| Steven J. Fineman (#4025) | Karen L. Pascale (#2903) |
| Richards, Layton & Finger, P.A. | The Brandywine Building |
| One Rodney Square | 1000 West Street, 17th Floor |
| P.O. Box 551 | P.O. Box 391 |
| Wilmington, DE 19899-0551 | Wilmington, DE 19899-0391 |
| 302-651-7700 | (302) 571-6672 |
| Cottrell@rlf.com | jingersoll@ycst.com |
| Fineman@rlf.com | kpascale@ycst.com |
| Attorneys for The Procter & Gamble Company | apoff@ycst.com |
| | Attorneys for Defendant Teva Pharmaceuticals U.S.A., Inc. |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

| | CORRECTIONS TO TRIAL TRANSCRIPT November 6, 2006 | |
|---|---|---|
| | United States District Court District of Delaware PROCTER & GAMBLE & COMPANY v. TEVA PHARMACEUTICALS USA, INC. 04-CV-940 | |
| **TRANSCRIPT CITE** | **CHANGE FROM:** | **TO:** |
| 74:20 | 1-diphosphic | 1-diphosphonic |
| 108:4 | 2-pydiridle | 2-pyridyl |
| 105:19; 108:8, 12 | 2-pydirile | 2-pyridyl |
| 108:9 | 3-pydirile | 3-pyridyl |
| 110:1 | aminobuteric | aminobutyric |
| 267:15 | and logs | analogs |
| 109:1 | assets | acids |
| 290:23; 291:3 | Brandwise | Brandeis |
| 116:21 | calcium phosphate | calcium and phosphate |
| 74:22 | chained | chain |
| 284:14 | Clodrondate | Clodronate |
| 264:14, 19 | colation | chelation |
| 122:2 | controlled | control |
| 236:17 | derivativesof | derivatives of |
| 80:17 | diphonic | diphosphonic |
| 109:1 | diphosphonatic | diphosphonic |

- 1 -

- 2 -

| | | |
|---|---|---|
| 109:23; 110:18; 285:11, 21; 286:9; 287:1, 15, 16, 18 | elandronate | alendronate |
| 102:7; 102:14, 102:18 | eurhythmic | arrythmic |
| 111:16 | Eldridge | Aldridge |
| 85:16 | Flippered | Flippant |
| 88:3; 89:2 | general | geminal |
| 34:3 | H2O | $H_2O$ |
| 58:2 | harvest | Nervous |
| 236:8, 12; 247:20 | hydroxile | Hydroxyl |
| 16:18; 93:2; 390:23 | imperical | Empirical |
| 94:5 | is | is in |
| 264:2, 5, 10, 12; 372:16 | kelating | Chelating |
| 231:18 | last pay paragraph | last paragraph |
| 217:3 | Leladopa | Levadopa |
| 217:5 | Levimysol | Levamisole |
| 217:10 | Lisomer | L-isomer |
| 99:14 | milligrams | milrinone |
| 91:7, 12, 13; 138:4, 5, 9; 138:8, 139:1; 141:11; 144:19, 19, 21, 285:18; 286:10; 287:7, 380:20 | milograms | milligrams |

| 94:9 | normal | abnormal |
|---|---|---|
| 77:24 | oh | On |
| 288:10 | organophosphoroous | organophosphorus |
| 360:6 | osteoclases | osteoclasts |
| 57:11 | pharmacies | Pharmacia |
| 111:6; 225:5, 22; 226:4 | phenol | phenyl |
| 69:21; 90:6, 8; 91:5, 7, 94:4, 10, 110:6; 112:21; 135:12; 137:24; 138:5, 9; 139:1; 141:11; 144:20, 22; 165:2, 285:7, 16, 18; 286:10; 287:7, 23; 288:7; 349:20 | phosphorous | phosphorus |
| 112:21 | phosphorus | phosphorous |
| 94:10 | phosphorous | and phosphorus metabolism |
| 24:12, 15, 16; 25:6, 16, 19; 27:8, 28:10; 32:12; 33:20; 36:5; 37:9, 12, 19; 39:9, 24; 40:4; 46:9; 198:18, 18; 217:23; 218:3; 221:24; 222:16; 223:11; 299:2; 328:19; 333:16, 18; 380:2 | Proctor | Procter |
| 101:10, 16; 188:2 | Propriram | Propiram |

| | | |
|---|---|---|
| 220:18 | propo | propyl |
| 105:19, 108:4, 8, 9 | pydirile | pyridyl |
| 93:5 | rate | weight |
| 131:13 | rates | rats |
| 390:7 | risedronate | not risedronate |
| 110:22 | risendronate | risedronate |
| 84:22; 85:19 | sell | cell |
| 187:22 | serial | Searle |
| 137:18, 19; 138:22; 141:9; 145:4; 180:11, 286;5; 297:6 | Shenk | Schenk |
| 70:20, 21; 71:1 | spirophosphate | pyrophosphate |
| 57:17, 18, 20 | Sterling | Searle |
| 88:24 | strike "an anesthetic in" | |
| 94:10 | "mesothelioma" | metabolism |
| 46:6 | this4 | this |
| 111:11 | two-positional | two positional |