## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Plaintiff has consulted with counsel for Defendant pursuant to District of Delaware Local Rule 7.1.1 and has determined that Defendant will not consent to the relief sought in the attached motion.

_____
Steven J. Fineman (#4025)