IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 04-940-JJF |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, The Procter & Gamble Company having moved this Court for a preliminary injunction (the "Motion");

WHEREAS, the Court have considered the briefs and argument in support of an in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that The Procter & Gamble Company's Motion for Preliminary Injunction is GRANTED.

_____
United States District Judge