IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-940 (JJF) |
| | ) | |
| TEVA PHARMACEUTICALS U.S.A, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A, Inc., hereby certifies that on February 21, 2008 copies of (1) Notice of Deposition of Daniel Hecht, (2) Defendant's Interrogatory in Response to Plaintiff's Motion for a Preliminary Injunction, and (3) Defendant's Request for Production of Documents and Things in Response to Plaintiff's Motion for a Preliminary Injunction were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY E-MAIL**

William F. Lee, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Additionally, the undersigned certifies that on February 22, 2008 a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF,

which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

>William F. Lee, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>_/s/ Karen E. Keller_
>Josy W. Ingersoll (#1088)
>Karen E. Keller (#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6672
>kkeller@ycst.com
>Attorneys for defendant Teva Pharmaceuticals U.S.A, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: February 22, 2008