IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.: 04-940-JJF |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendant. | ) | |

**DECLARATION OF DANIEL HECHT IN SUPPORT OF
PLAINTIFF THE PROCTER & GAMBLE COMPANY'S
MOTION FOR PRELIMINARY INJUNCTION**

I, Daniel Hecht, declare as follows:

1. I am the General Manager of North American Pharmaceuticals for Plaintiff The Procter & Gamble Company ("P&G"). I am familiar with P&G's marketing and sale of Actonel® to health care providers and to consumers, as well as the competitive environment in which Actonel® is sold. I am therefore familiar with the facts set forth herein, and if called as a witness, I could and would testify competently to those facts under oath.

2. Actonel® is the trade name for the commercial formulation of risedronate sodium, which is manufactured and sold by P&G. Actonel® was approved by the FDA for 30 mg tablets on March 27, 1998; for 5 mg tablets on April 14, 2000; for 35 mg tablets on May 25, 2002; and for 75 mg tablets on April 16, 2007. Actonel® is indicated for the prevention and treatment of osteoporosis in postmenopausal women, as well as for the prevention and treatment of glucocorticoid-induced osteoporosis in men and women (under certain circumstances), and increasing bone mass in men with osteoporosis.

3.

4.

5.

**REDACTED**

6.

**REDACTED**

7.

8.

9.

10.

**REDACTED**

11.

12.

13.

**REDACTED**

14.

15.  **REDACTED**


16.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.


Executed on February 15, 2008 in Cincinnati, Ohio.

_____
Daniel Hecht

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

I hereby certify that on February 15, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

James Galbraith
Maria Luisa Palmese
Anthony Pfeffer
Kenyon & Kenyon
One Broadway
New York, NY 10004

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Karen L. Pascale, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899-0391

I hereby certify that on February 25, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

> James Galbraith
> Maria Luisa Palmese
> Anthony Pfeffer
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-3254412-1