IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTOR & GAMBLE COMPANY | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-940-JJF |
| TEVA PHARMACEUTICALS USA, INC. | : |
| Defendant. | : |

### ORDER

At Wilmington, this 28th day of February 2008, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1) U.S. Patent No. 5,538,122 is valid and enforceable.

2) Plaintiff's Motion for Preliminary Injunction (D.I. 110) is **DENIED** as moot.

3) Plaintiff shall submit with noticed to Defendant, a proposed final judgment order **within ten (10) days of the date of this Order.**

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE