IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-940-JJF |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REQUEST FOR ENTRY OF PROPOSED ORDER OF FINAL JUDGMENT**

Pursuant to the Court's February 28, 2008 Order, the Plaintiff, The Procter & Gamble Company ("P&G"), submits the attached Proposed Order of Final Judgment. Notice of this Proposed Order has been provided to the Defendant, Teva Pharmaceuticals USA, Inc. ("Teva").

P&G respectfully requests entry of the attached Proposed Order. Should the Court desire briefing with respect to the injunctive relief requested, P&G will discuss an appropriate briefing schedule with Teva and submit a proposed schedule to the Court for approval.

OF COUNSEL:
William F. Lee
David B. Bassett
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: March 13, 2008

/s/ Frederick L. Cottrell
Frederick L. Cottrell (#2555)
Steven J. Fineman (#4025)
Richards Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
(302) 651-7700
Cottrell@rlf.com
Fineman@rlf.com
Attorneys for Plaintiff The Procter & Gamble Company

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Karen L. Pascale, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899-0391

I hereby certify that on March 13, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

> James Galbraith
> Maria Luisa Palmese
> Anthony Pfeffer
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com