# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL:  (302) 571-5001
DIRECT FAX:   (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 18, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

  Re: *The Procter & Gamble Co. v. Teva Pharmaceuticals USA, Inc.*,
    C.A. No. 04-940-JJF

    *The Procter & Gamble Co. v. Teva Pharmaceuticals USA, Inc.*,
    C.A. No. 08-066-JJF

Dear Judge Farnan:

  I write to advise the Court that Teva opposes the forms of Proposed Orders of Final Judgment filed by P&G on March 13, 2008 (D.I. 119 in C.A. No. 04-940; D.I. 10 in C.A. No. 08-066), and plans to file its complete responses thereto later this week.

  We remain at the Court's disposal to respond to any questions regarding this matter.

            Respectfully submitted,

            /s/ Karen L. Pascale

            Karen L. Pascale (No. 2903)

KLP:mcm

cc: Frederick L. Cottrell, III, Esquire (by CM/ECF and hand delivery)
   Steven J. Fineman, Esquire (by CM/ECF and hand delivery)
   William F. Lee, Esquire (by e-mail)
   Vinita Ferrera, Esquire (by e-mail)
   James Galbraith, Esquire (by e-mail)