# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC.,          :
FOREST LABORATORIES HOLDING,        :
LTD. and H. LUNDBECK A/S,           :
                                    :
        Plaintiffs,                 :
                                    :
    v.                              :   Civil Action No. 03-891-JJF
                                    :
IVAX PHARMACEUTICALS, INC.          :
and CIPLA LTD.,                     :
                                    :
        Defendants.                 :

### JUDGMENT ORDER

This action came on for a bench trial in March 2006 before this Court, Honorable Joseph J. Farnan, Jr., District Judge, presiding, on all remaining issues not previously bifurcated and stayed pursuant to the Stipulation And Order Bifurcating And Staying Certain Claims (D.I. 224) entered by this Court on February 11, 2005 (D.I. 224-1);

AND these issues having been tried and the Court having issued its Opinion on July 13, 2006 (D.I. 612);

AND the Court having denied Plaintiffs' Motion For Judgment As A Matter Of Law (D.I. 582) as moot (D.I. 613);

NOW THEREFORE, IT IS ORDERED AND ADJUDGED that Judgment on the claim of infringement of Claims 1, 3, 5, 7, 9 and 11 of U.S. Patent No. Re. 34,712 ("the '712 patent") is entered in favor of Plaintiffs, Forest Laboratories, Inc., Forest Laboratories Holding, Ltd. and H. Lundbeck A/S, and against Defendants, Ivax Pharmaceuticals, Inc. and Cipla Ltd.;

AND IT IS FURTHER ORDERED that Ivax Pharmaceuticals, Inc. and Cipla Ltd., and their successors-in-interest, officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from commercially making, using, offering to sell or selling within the United States, or importing into the United States any products that infringe the '712 patent, including the escitalopram oxalate products referred to in the Abbreviated New Drug Application No. 76-765 until such time as the '712 patent expires, including any extensions and regulatory exclusivities that are granted and not successfully challenged;

AND IT IS FURTHER ORDERED that the parties shall appear before the Court for a scheduling status conference on **Wednesday, November 29, 2006 at 3:00 p.m.** concerning Plaintiffs' previously bifurcated and stayed claims for willful patent infringement and exceptional case under 35 U.S.C. § 285.

DATED THIS ___ DAY OF ___November___, 2006.


HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

———————————————————————

THE PROCTER & GAMBLE COMPANY,       )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )        Civil Action No. 04-940-JJF
                                    )
TEVA PHARMACEUTICALS USA, INC.,     )
                                    )
                    Defendant.      )
———————————————————————

## [PROPOSED] ORDER OF FINAL JUDGMENT

This action having come to trial in November 2006 before this Court, Honorable Joseph J. Farnan, Jr., District Judge, presiding, on all remaining issues not previously stipulated to by the parties pursuant to the Stipulation and Order (D.I. 63) entered by the Court on February 2, 2006 and the Stipulation and Order (D.I. 86) entered by the Court on November 8, 2006;

AND these issues having been tried and the Court having issued its Opinion on February 28, 2008;

NOW THEREFORE, IT IS ORDERED AND ADJUDGED for the reasons set forth in the Court's Opinion dated February 28, 2008, that Final Judgment is entered in favor of the Plaintiff, The Procter & Gamble Company ("P&G"), and against the Defendant, Teva Pharmaceuticals USA, Inc. ("Teva"), on P&G's claims that Teva has infringed Claims 4, 16, and 23 of U.S. Patent No. 5,583,122 ("the '122 patent");

AND IT IS FURTHER ORDERED AND ADJUDGED that claims 4, 16, and 23 of the '122 patent are valid and enforceable;

AND IT IS FURTHER ORDERED that, pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Teva's Abbreviated New Drug Application No. 77-132 shall be

modified to a date which is not earlier than the date of expiration of the '122 patent, including any extensions and regulatory exclusivities that are granted and not successfully challenged;

AND IT IS FURTHER ORDERED that, pursuant to 35 U.S.C. § 271(e)(4)(B), Teva and its successors-in-interest, officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from commercially making, using, offering to sell or selling within the United States, or importing into the United States any products that infringe the '122 patent, including the 5 mg or 35 mg risedronate sodium tablets for treatment or prevention of osteoporosis, or the 30 mg risedronate sodium tablets for treatment of Paget's disease of bone that are the subject of Abbreviated New Drug Application No. 77-132, until the expiration of the '122 patent (December 10, 2013), including any extensions and regulatory exclusivities that are granted and not successfully challenged.

DATED THIS ___ DAY OF _____, 2008.

_____
United States District Judge

RLF1-3266954-1